IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER SERAFIN

        Plaintiff,

v.

THE WILLIAM C. EARHART
COMPANY, INC., CASCADE
GENERAL, INC., LABORER'S LOCAL
UNION 296, OREGON LABORERS'-
EMPLOYERS PENSION PLAN TRUST,

        Defendants.

Case No. 3:18-cv-00192-YY

JUDGMENT

    Based upon the Opinion and Order (ECF #88) issued in this case, it is ordered and adjudged that this case is DISMISSED with prejudice.

    DATED this 28th day of January, 2020.

        /s/ Youlee Yim You
        United States Magistrate Judge

JUDGMENT